1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9        SOUTHERN DISTRICT OF CALIFORNIA
10

11  JUAN M. MATA, individually and           CASE NO. 3:09-cv-00376-IEG-RBB
    on behalf of all others similarly
12  situated,
                                             **ORDER APPROVING**
13          Plaintiff,                       **STIPULATION EXTENDING**
                                             **TIME FOR DEFENDANT TO**
14      v.                                   **RESPOND TO COMPLAINT**
                                             **AND STAYING PROCEEDINGS**
15  HEARTLAND PAYMENT                        **PENDING TRANSFER BY THE**
    SYSTEMS, INC.,                           **JUDICIAL PANEL ON**
16                                           **MULTIDISTRICT LITIGATION**
            Defendant.
17

18
19          Pursuant to the Parties' Stipulation Extending Time for Defendant to Respond

20  to Complaint and Staying Proceedings Pending Transfer by the Judicial Panel on

21  Multidistrict Litigation,
22
23          IT IS HEREBY ORDERED that the time for Defendant Heartland Payment

24  Systems, Inc. to answer, move, or otherwise respond to the complaint is adjourned in

25  light of Heartland's motion before the Judicial Panel on Multidistrict Litigation to
26
27  transfer this matter for coordinated or consolidated pre-trial proceedings pursuant to

28  28 U.S.C. § 1407 and, if the motion to transfer is granted, until such time as set by

[

the transferee court.

**IT IS SO ORDERED**.

DATED:  May 5, 2009

By: _____

IRMA E. GONZALEZ, Chief Judge
United States District Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28